# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.   CV 18-566-PLA                                                       Date September 25, 2018

Title:   Bradley Wright v. Debbie Asuncion, Warden

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:
NONE

ATTORNEYS PRESENT FOR RESPONDENT:
NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

On July 26, 2018, this Court issued an Order granting petitioner's request for a stay in this matter, subject to certain terms and conditions. Petitioner was ordered to file a status report informing the Court of his progress in exhausting his currently unexhausted claims in state court. The status report was due **on or before September 6, 2018**. To date, petitioner's status report has not been filed with this Court. Accordingly, **no later than October 18, 2018, petitioner is ordered to show cause** why the stay in this action previously imposed by the Court should not be lifted. Filing the required status report with this Court and **strict** compliance with the additional requirements set forth in the Court's July 26, 2018, Order, shall be deemed compliance with this Order to Show Cause. **Failure to file the status report will result in the stay being lifted**.

**IT IS SO ORDERED.**


cc:     Bradley Wright, pro se
        Seth Patrick McCutcheon, CAAG

Initials of Deputy Clerk___ch

CV-90 (10/98)                                        CIVIL  MINUTES  -  GENERAL