JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| BRADLEY WRIGHT, | ) | No. CV 18-566-PLA |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| R.C. JOHNSON, Warden, | ) | |
| Respondent. | ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith, IT IS ADJUDGED that the First Amended Petition in this matter is denied and dismissed with prejudice.

DATED: September 4, 2020

HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE